Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-369RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| RAYMIER ELBERT JONES, | ) | |
| Defendant. | ) | |

THE COURT having considered the defendant's motion to continue the trial date and extend the due date of the pretrial motions, the government's response, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

///

///

///

ORDER GRANTING IN PART DEF'S MOTION
TO CONTINUE TRIAL DATE AND PTMs DUE
DATE - 1
*USA vs. Jones /* CR15-369RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED IN PART. The trial date in this matter is continued from January 25, 2016 to March 21, 2016 at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than February 25, 2016. Should any party have a conflict with the new trial date, counsel is instructed to inform the Court by contacting the in-court deputy within 5 days of the date of this order.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of March 21, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 8th day of January, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART DEF'S MOTION
TO CONTINUE TRIAL DATE AND PTMs DUE
DATE - 2
*USA vs. Jones /* CR15-369RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**