JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMIER ELBERT JONES, <br><br> Defendant. | No. 2:15-cr-00369-RAJ <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Jones's supervised release is warranted by the conduct of Mr. Jones and in the interests of justice, and therefore Defendant's Motion (Dkt. 43) is GRANTED.

IT IS ORDERED that the term of supervised release for Mr. Jones shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

DATED this 17th day of February, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE (*U.S. v. Jones*, 2:15-cr-00369-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**